**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Accountability Now USA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 26-5312 |
| Kevin Greiss, et al, | ) | |
| | ) | |
| Defendants-Appellants | ) | |

**Consent Motion To Dismiss Appeal**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2) and with the consent of Plaintiff-Appellee, Defendants-Appellants hereby move to dismiss this appeal. The parties agree to bear their own costs on appeal.

Respectfully submitted,

/s/ Michael Weisbuch
Michael Weisbuch
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 322-2450
Michael.Weisbuch@usdoj.gov

September 25, 2026

**Certificate Of Compliance**

This motion complies with Rule 27(d)(1)(E) and Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure because it was drafted in proportionally spaced 14-point Times New Roman font and contains 31 words.